and more specific injunction, or of proceeding by way of contempt. If he pursues the former course any new injunction may be made the subject of a new appeal; but, if he pursues the latter, there can be no appeal until final decree is entered, provided that the penalty imposed is purely remedial.

Motion to dismiss granted without costs.

---

### ARMSTRONG et al. v. DE FOREST RADIO TELEPHONE & TELE-GRAPH CO.

(Circuit Court of Appeals, Second Circuit. January 7, 1924.)

No. 130.

Appeal from the District Court of the United States for the Southern District of New York.

Suit by Edwin H. Armstrong and the Westinghouse Electric & Manufacturing Company against the De Forest Radio Telephone & Telegraph Company. From an order declaring defendant in contempt, and imposing pecuniary penalties for the benefit of plaintiffs, it appeals. Appeal dismissed.

Darby & Darby, of New York City (Samuel E. Darby, Jr., and A. Leo Everett, both of New York City, of counsel), for appellant.

Charles Neave and Stephen H. Philbin, both of New York City, for appellees.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Our opinion filed to-day in the case of Perfection Cooler Co. v. Rotax Co., Inc., 296 Fed. 464, completely covers this matter, and requires that the appeal be dismissed without costs.

---

### UNITED STATES v. TERMINAL R. ASS'N OF ST. LOUIS.

(Circuit Court of Appeals, Seventh Circuit. February 14, 1924.)

No. 3304.

1. Carriers ⊜38—Terminal carrier may be liable under Twenty-Eight Hour Live Stock Law.

A carrier is not relieved from liability under the Twenty-Eight Hour Live Stock Law (Comp. St. §§ 8651–8654), merely because it is a terminal carrier.

2. Carriers ⊜38—Terminal carrier promptly conveying and unloading live stock not liable under Twenty-Eight Hour Law.

Where a terminal carrier received cars containing live stock, and promptly conveyed and unloaded them at the nearest unloading station, it is not criminally liable under the Twenty-Eight Hour Live Stock Law (Comp. St. §§ 8651–8654), though the total confinement of the live stock exceeded 36 hours.

In Error to the District Court of the United States for the Eastern District of Illinois.

Proceeding by the United States against the Terminal Railroad Association of St. Louis. From a judgment for defendant, the United States brings error. Affirmed.